USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **JUN 0 5 2019**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

          - v. -                        :

LLOYD KIDD,                             :
     a/k/a "Chris Kidd,"                :
     a/k/a "Gerard Agard,"              :
     a/k/a "Red,"                       :

          Defendant.                    :

- - - - - - - - - - - - - - - x

SUPERSEDING
INDICTMENT

S1 18 Cr. 872 (VM)

## COUNT ONE

(Sex Trafficking)

The Grand Jury charges:

1.    In or about the Spring of 2015, within the Southern
District of New York and elsewhere, LLOYD KIDD, a/k/a "Chris
Kidd," a/k/a "Gerard Agard," a/k/a "Red," the defendant,
willfully and knowingly, in and affecting interstate and foreign
commerce, did recruit, entice, harbor, transport, provide,
obtain, advertise, maintain, patronize, and solicit by any means
one and more persons, and did benefit, financially and by
receiving things of value, from participation in a venture that
engaged in any such act, and having had a reasonable opportunity
to view such persons, knowing and in reckless disregard of the
fact that (1) means of force, threats of force, fraud, coercion,
as described in Title 18, United States Code, Section

1591(e)(2), and a combination of such means would be used to cause such persons to engage in one and more commercial sex acts, and (2) that one and more such persons had not attained the age of 18 years and would be caused to engage in one and more commercial sex acts, to wit, KIDD recruited, harbored, transported, provided, obtained, advertised, and maintained a minor victim ("Victim-1"), and, through force, threats of force, fraud, coercion, and a combination of such means, caused Victim-1 to engage in at least one commercial sex act, the proceeds of which were transferred at least in part to KIDD.

(Title 18, United States Code, Sections 1591(a), (b)(1), (b)(2) and 2.)

## COUNT TWO

(Sex Trafficking)

The Grand Jury further charges:

2.    In or about the Summer of 2017, within the Southern District of New York and elsewhere, LLOYD KIDD, a/k/a "Chris Kidd" a/k/a "Gerard Agard" a/k/a "Red," the defendant, willfully and knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means one and more persons, and did benefit, financially and by receiving things of value, from participation in a venture that engaged in any such act, and having had a reasonable opportunity to view

2

such persons, knowing and in reckless disregard of the fact that that one and more such persons had not attained the age of 18 years and would be caused to engage in one and more commercial sex acts, to wit, KIDD recruited, harbored, transported, provided, obtained, advertised, and maintained a minor victim ("Victim-2"), who at various points resided at a particular non-incarceratory residential treatment facility located in Westchester County, New York ("Facility-1"), which provided housing for at-risk and troubled children and adolescents, on behalf of departments of social services for certain counties in New York State, and, caused Victim-2 to engage in at least one commercial sex act, the proceeds of which were transferred at least in part to KIDD.

(Title 18, United States Code, Sections 1591(a), (b)(2) and 2.)

### COUNT THREE

(Sex Trafficking)

The Grand Jury further charges:

3.     In or about February 2017 up to and including at least in or about December 2018, within the Southern District of New York and elsewhere, LLOYD KIDD, a/k/a "Chris Kidd" a/k/a "Gerard Agard" a/k/a "Red," the defendant, willfully and knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means one and more persons, and

3

did benefit, financially and by receiving things of value, from participation in a venture that engaged in any such act, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, as described in Title 18, United States Code, Section 1591(e)(2), and a combination of such means would be used to cause such persons to engage in one and more commercial sex acts, to wit, KIDD recruited, harbored, transported, provided, obtained, advertised, and maintained an adult victim ("Victim-3"), and, through force, threats of force, fraud, coercion, and a combination of such means, caused Victim-3 to engage in at least one commercial sex act, the proceeds of which were transferred at least in part to KIDD.

(Title 18, United States Code, Sections 1591(a), (b)(1) and 2.)

## COUNT FOUR

(Sex Trafficking)

The Grand Jury further charges:

4.   In or about August of 2018 up to and including at least in or about December 2018, within the Southern District of New York and elsewhere, LLOYD KIDD, a/k/a "Chris Kidd" a/k/a "Gerard Agard" a/k/a "Red," the defendant, willfully and knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means one and more persons, and did benefit, financially and by receiving things of

4

value, from participation in a venture that engaged in any such act, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, as described in Title 18, United States Code, Section 1591(e)(2), and a combination of such means would be used to cause such persons to engage in one and more commercial sex acts, to wit, KIDD recruited, harbored, transported, provided, obtained, advertised, and maintained an adult victim ("Victim-4"), and, through force, threats of force, fraud, coercion, and a combination of such means, caused Victim-4 to engage in at least one commercial sex act, the proceeds of which were transferred at least in part to KIDD.

(Title 18, United States Code, Sections 1591(a), (b)(1) and 2.)

## FORFEITURE ALLEGATIONS

5.    As a result of committing the offenses alleged in Counts One through Four of this Indictment, LLOYD KIDD, a/k/a "Chris Kidd," a/k/a "Gerard Agard," a/k/a "Red," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any property, real and personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of the offenses alleged in Counts One through Four, and any property, real and personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses alleged in Counts One through Four, or any property traceable to such property,

including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses that the defendant personally obtained.

## Substitute Asset Provision

6.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

6

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981, and 1594; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

7

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**LLOYD KIDD,**
**a/k/a "Chris Kidd,"**
**a/k/a "Gerard Agard,"**
**a/k/a "Red,"**

**Defendant.**

---

**SUPERSEDING**
**INDICTMENT**

S1 18 Cr. 872 (VM)

(18 U.S.C. §§ 1591(a)(1),(2),
(b)(1),(2), and 2.)

GEOFFREY S. BERMAN

United States Attorney

Foreperson

---

6/5/19    Filed Superseding Indictment    USMJ Gorenstein

MQ