J7Q3KIDC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                              18 CR 872 (VM)

LLOYD KIDD,

             Defendant.

------------------------------x

                                          New York, N.Y.
                                          July 26, 2019
                                          4:00 p.m.

Before:

                    HON. VICTOR MARRERO,

                                    District Judge

                          APPEARANCES

GEOFFREY S. BERMAN
     United States Attorney for the
     Southern District of New York
ELINOR TARLOW
JACOB GUTWILLIG
     Assistant United States Attorneys

ZACHARY MARGULIS-OHNUMA
     Attorney for Defendant
         -and-
MIEDEL & MYSLIWIEC, LLP
     Attorney for Defendant
FLORIAN MIEDEL

1             THE COURT:  Good afternoon.  This is a matter in the
2    matter of United States v. Kidd, docket no. 18 CR 872.
3             Counsel, please enter your appearance for the record.
4             MR. GUTWILLIG:  Good afternoon, your Honor.  Jacob
5    Gutwillig for the government.  With me at counsel table is my
6    colleague Elinor Tarlow.
7             THE COURT:  Good afternoon.
8             MR. MARGULIS-OHNUMA:  Good morning.  Zachary
9    Margulis-Ohnuma, 260 Madison Avenue for defendant Lloyd Kidd
10   who is seated next to me.  Good afternoon, your Honor.
11            THE COURT:  Good afternoon.
12            The Court scheduled this proceeding in response to
13   correspondence to the Court from defense counsel dated July 16
14   indicating that Mr. Kidd had requested substitution of counsel,
15   and so we scheduled this proceeding for that purpose.
16            Mr. Margulis, is it your understanding that Mr. Kidd
17   still wishes to proceed with substitution of counsel?
18            MR. MARGULIS-OHNUMA:  It is, your Honor.  I can
19   elaborate a little if you'd like.  There's irreconcilable
20   strategic differences.  We've tried to work them out and we
21   haven't succeeded.  I think there's applications he is asking
22   to make that I'm not in good faith willing or able to make.
23   And he may be better served by a new pair of eyes on it.
24            THE COURT:  Thank you.
25            Mr. Kidd, would you confirm it is still your wish to

1    substitute counsel at this point?
2             THE DEFENDANT: Yes, sir.
3             THE COURT: All right. Thank you. I have notified
4    the CJA attorney on duty today, Mr. Kidd --
5             THE DEFENDANT: Sorry. Is it possible, because I've
6    been moved to Brooklyn. Is it possible I could get a lawyer
7    from Brooklyn so it's more convenient for him to visit?
8             THE COURT: The process is that the attorney on duty
9    today in this district is designated.
10            THE DEFENDANT: Okay.
11            THE COURT: All right? The Court notified the CJA
12   attorney on duty today, who is Mr. Florian Miedel.
13            MR. MIEDEL: Good afternoon, your Honor.
14            THE COURT: Good afternoon. Mr. Miedel, are you aware
15   of any conflicts you may have in undertaking the representation
16   of Mr. Kidd in this matter?
17            MR. MIEDEL: I'm not aware of any such conflict. I
18   don't know if the government is.
19            THE COURT: That's my next question. Mr. Gutwillig,
20   is the government aware of any conflict or potential conflicts
21   that Mr. Miedel may have in representing Mr. Kidd in this
22   matter?
23            MR. GUTWILLIG: May we have a brief moment to confer
24   with defense counsel, your Honor?
25            THE COURT: Yes.

1       (Counsel conferring)

2       MR. GUTWILLIG:  Your Honor, we conferred with defense
3  counsel and aren't aware of any conflict that would prevent his
4  representation here.

5       THE COURT:  Thank you.

6       Next, Mr. Miedel, you may be aware that the defendant
7  was tried on the underlying charges, the jury came out with a
8  verdict in which it convicted the defendant on two counts and
9  acquitted him on three counts.

10      The Court scheduled a hearing on August 16 at
11 4:30 p.m. to consider orally arguments by counsel as to why the
12 defendant would be entitled to a motion under Rule 29 of
13 acquittal.  And second, we scheduled sentencing of the
14 defendant on the two counts on which he was convicted for
15 November 1 at 4 p.m.

16      I want to see whether that schedule presents any
17 difficulty for you.

18      MR. MIEDEL:  Well, your Honor, the November 1st
19 sentencing date does not, I believe.  The August 16 date may be
20 a little soon, simply because obviously I'm not familiar with
21 the trial record and will have to become familiar with the
22 trial record before I can make any intelligent arguments about
23 a Rule 29.  And I'm also away the first week of August, so that
24 limits the amount of time I can devote to it before then.

25      THE COURT:  How much time reasonably would you need in

J7Q3KIDC

1   order to feel sufficiently prepared?
2           MR. MIEDEL:  Well, perhaps the end of August,
3   beginning of September?
4           THE COURT:  Let's look for a date beginning of
5   September.
6           THE DEPUTY CLERK:  Friday, September 6 at 11:45 a.m.
7           MR. MIEDEL:  That's fine.
8           THE COURT:  Is that date suitable for the government,
9   Mr. Gutwillig?
10          MR. GUTWILLIG:  Yes, your Honor.  Thank you.
11          THE COURT:  Is there anything else on your end,
12  Mr. Miedel?
13          MR. MIEDEL:  No, your Honor.
14          THE COURT:  Anything else, Mr. Gutwillig?
15          MR. GUTWILLIG:  Nothing further, your Honor.
16          THE COURT:  All right.  Mr. Margulis-Ohnuma, I want to
17  thank you for your representation of the defendant in this case
18  up to this point.  I recognize that it is not uncommon for
19  differences to arise between counsel and clients, and that
20  whatever may have occurred here is not any reflection on your
21  representation.
22          MR. MARGULIS-OHNUMA:  Thank you very much, your Honor.
23          THE COURT:  Thank you.  Have a good day and a good
24  weekend.
25          MR. MIEDEL:  Thank you.