

September 30, 2019

Hon. Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    ***United States v. Lloyd Kidd***
                 **18-CR-872 (VM)**

Dear Judge Marrero:

      This case is scheduled for a conference and oral post-trial applications under Rules 29 and 33 on Friday, October 4, 2019. Unfortunately, I didn't realize when the Court set that date and time that I already had a sentencing scheduled at 3pm before Judge Cote. With the consent of the government I therefore respectfully request the conference to be moved into the following week. I am generally available except on October 9 or the morning of October 10. I apologize for the inconvenience.

      Thank you for your consideration.

                                          Respectfully Submitted,

                                          /s/

                                          Florian Miedel
                                          *Attorney for Lloyd Kidd*

Cc:    AUSA Elinor Tarlow
        AUSA Mollie Bracewell
        AUSA Jacob Gutwillig