```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :     18 CR 872(VM)
         -against-                  :        ORDER
                                    :
LLOYD KIDD,                         :
                                    :
                    Defendant.      :
------------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant shall be scheduled for Friday, August 21, 2020 at 10:00 a.m.

**SO ORDERED:**

Dated:   New York, New York
         3 April 2020

_____
Victor Marrero
U.S.D.J.