```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :     18 CR 872(VM)
         -against-                 :        ORDER
                                   :
LLOYD KIDD,                        :
                                   :
              Defendant.           :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated August 6, 2020, and with consent of the Government, counsel for the above-named defendant requests an adjournment of the sentencing in this matter until October of 2020. (See Dkt. No. 102.) Accordingly, it is hereby ordered that the sentencing of the above-named defendant currently scheduled for Friday, August 21, 2020 shall be adjourned to Friday, October 16, 2020 at 10:00 a.m.

**SO ORDERED:**

Dated:    New York, New York
          11 August 2020

_____
Victor Marrero
U.S.D.J.