

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2021

May 14, 2021

Hon. Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    *United States v. Lloyd Kidd*
                          18-CR-872 (VM)

Dear Judge Marrero:

     I write, with the consent of the government, to request an adjournment of Mr. Kidd's sentencing, currently scheduled for June 4, 2021. Mr. Kidd would like to be sentenced in person, which, we understand, is not currently possible in light of the ongoing COVID pandemic. Further, given the mandatory minimum sentence he faces, a remote proceeding would not likely be authorized under the CARES Act.

     Accordingly, I respectfully request an adjournment of sentencing to later in the summer, as is convenient to the Court. I would request that the sentencing not be scheduled between July 12-23.

     Thank you for your consideration.

                                            Respectfully Submitted,

                                            /s/

                                            Florian Miedel
                                            *Attorney for Lloyd Kidd*

Cc:    Mollie Bracewell
        Elinor Tarlow
        Jacob Gutwillig
        Assistant U.S. Attorney

> The request is granted. Mr. Kidd's sentencing currently scheduled for 6/4/21 is hereby adjourned until 9/10/21 at 11:00 a.m.
>
> SO ORDERED.
>
> 5/18/2021
> DATE
>
> VICTOR MARRERO, U.S.D.J.



80 Broad Street, Suite