**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/21
```

UNITED STATES OF AMERICA,

    -against-

LLOYD KIDD,

        Defendant.

18 Cr. 872 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant requests that his sentencing hearing, scheduled for December 9, 2021, be adjourned to a time in the New Year. (Dkt. 123). Defendant's sentencing is hereby rescheduled to January 28, 2022, at 3:00 p.m. The Court will not consider any additional requests for an adjournment.

**SO ORDERED.**

Dated:    New York, New York
            November 23, 2021

_____
Victor Marrero
U.S.D.J.