UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LLOYD KIDD,<br><br>                              Defendant,<br><br>-against-<br><br>UNITED STATES of AMERICA. | 18-CR-0872-VM |

ORDER

The undersigned has received a letter from Lloyd Kidd dated January 11, 2024, indicating that Mr. Kidd wishes to make a motion for Judge Marrero's recusal from a future motion appealing his criminal sentence pursuant to 28 U.S.C. section 2255.  (Docket entry no. 135.)  Mr. Kidd also requests that a different lawyer be appointed to represent him in connection with the anticipated motion.  The undersigned does not, as chief judge, have the authority to make appointments of counsel in cases over which other judges of this court preside.  The Court will forward Mr. Kidd's letter submission, with its accompanying enclosures, to Judge Marrero for consideration.  The Clerk of Court is respectfully requested to mail a copy of this order to Mr. Kidd at the below address.

        SO ORDERED.

Dated: New York, New York
       February 5, 2024

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge

Mail to:    Lloyd Kidd, #86406054
            FCI Williamsburg
            PO Box 340
            Salters, SC 29590